IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TERRENCE BEAL, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 1:22-cv-00084<br>)<br>) JURY TRIAL DEMANDED<br>) |
| LAWAYNE DEBOCK, | )<br>) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, TERRENCE BEAL, and Defendant, LAWAYNE DEBOCK., by and through their undersigned counsel, and jointly move this Court to enter an order dismissing the above-referenced case with prejudice. Each party to bear its own costs and attorneys' fees.

**COOK, BARKETT, PONDER, & WOLZ, L.C.**

/s/ Daniel J. Grimm
Daniel J. Grimm, #59209MO
1610 N. Kingshighway, Suite 201
Cape Girardeau, Missouri 63701
dgrimm@cbpw-law.com
*Plaintiff's Counsel*

**WATTERS WOLF BUB & HANSMANN, LLC**

/s/ Jackie M. Kinder
Jackie M. Kinder, #52810MO
Joshua R. Kolb, #63942MO
600 Kellwood Parkway
St. Louis, MO 63017
(636) 798-0570 (phone)
jkinder@wwbhlaw.com
jkolb@wwbhlaw.com
*Attorneys for Defendant*

IT IS SO ORDERED this 10th day of October, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE